ALFREDO SALMAGGI, Respondent, v. LEGA MUSICALE ITALIANA, INC., and FERRUCCIO F. CORRADETTI, Appellants.— Orders affirmed, with only ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, and Rich, JJ., concur; Blackmar, J., dissents on the ground that the article

published by the defendants does not sustain the innuendoes of the complaint, with whom Jaycox, J., concurs.